[No. 55539-1-I.   Division One.   September 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02080-6, Ronald Kessler, J., entered December 13, 2004. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Ellington and Dwyer, JJ.

[No. 56403-0-I.   Division One.   September 11, 2006.]

ERIC ZANN ET AL., *Respondents*, v. KING COUNTY ET AL., *Respondents*, JAMES A. GUSE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12513-0, Palmer Robinson, J., entered May 9, 2005. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Cox and Ellington, JJ.

[No. 56441-2-I.   Division One.   September 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CHARLES WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01501-9, Gerald L. Knight, J., entered May 23, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.

[No. 56701-2-I.   Division One.   September 11, 2006.]

JIM HAUTALA, *Appellant*, v. CUTLER HAMMER, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-35319-5, Sharon S. Armstrong, J., entered July 22, 2005. *Affirmed* by unpublished per curiam opinion.